ACCELERATED PERSONNEL, INC. v. D. H. DAGLEY ASSOC.

No. 110P93

Case below: 108 N.C.App. 786

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.

ACE, INC. v. MAYNARD

No. 443P92

Case below: 108 N.C.App. 241

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.

ANDERSEN v. BACCUS

No. 111PA93

Case below: 109 N.C.App. 16

Petitions by plaintiff, defendants and State Farm Mutual Automobile Insurance for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1993.

CLINTON v. WAKE COUNTY BD. OF EDUCATION

No. 109P93

Case below: 108 N.C.App. 616

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.

IVEY v. FASCO INDUSTRIES

No. 115P93

Case below: 109 N.C.App. 123

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.